# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br>v.<br><br>BLACKBOARD INC.,<br><br>    Defendant. | § § § § § § § § § § § §  Civil Action No. 11-876-RGA |

## [PROPOSED] ORDER GRANTING BLACKBOARD, INC.'S MOTION TO EXTEND DEADLINE FOR THE EXCHANGE OF REBUTTAL EXPERT REPORTS

The Court having considered Defendant Blackboard, Inc.'s ("Blackboard") Motion to Extend Deadline for the Exchange of Rebuttal Expert Reports (the "Motion"), and good cause being shown therefore,

It is hereby ORDERED, this ___ day of August, 2013, the Motion is GRANTED, and that the deadline for the exchange of rebuttal expert reports is amended to and including August 26, 2013.

 

_____
The Honorable Richard G. Andrews
United States District Judge

DEL 86460604v1